UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lawrence E. Cuddy, Jr.,<br>Plaintiff<br><br>v.<br><br>Danvers Savings Bank,<br>Defendant | **Bankruptcy Appeal**<br><br>Case No. 1:05-cv-10776-GAO |

### NOTICE OF CHANGE OF ADDRESS

Now comes Donald H. Adler, of Finneran & Nicholson, P.C., the Appellant in the above-captioned Bankruptcy Appeal, and hereby notifies this Honorable Court pursuant to LR, D. Mass 83.5.2(e) of the following change of address:

> Donald H. Adler, Esq.
> Of Counsel
> Finneran & Nicholson, P.C.
> 44 Merrimac Street
> Newburyport, MA 01950
> Telephone: (978)462-1514
> Facsimile: (978)465-2584
> E-Mail: bankruptcy@finnic.com

Respectfully submitted,
Finneran & Nicholson, P.C.

_____
Finneran & Nicholson, P.C.
Donald H. Adler, Esq. (BBO# 012620)
Of Counsel
Finneran & Nicholson, P.C.
44 Merrimac Street
Newburyport, MA 01950
Telephone: (978)462-1514
E-mail: bankruptcy@finnic.com

Dated: April 25, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 4.25.05
_____

F:\Cases\04-118\Notice.Change.Address.wpd

1