UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lawrence E. Cuddy, Jr.,<br>Plaintiff<br><br>v.<br><br>Danvers Savings Bank,<br>Defendant | **Bankruptcy Appeal**<br><br>Case No. 1:05-cv-10776-GAO |

### NOTICE OF APPEARANCE

Now comes Dennis Ford Eagan, of Finneran & Nicholson, P.C., the Appellant in the above-captioned Bankruptcy Appeal, and hereby provides notice that the undersigned attorney and law firm now appear in the above-captioned action Court pursuant to Local Rules of the United States District Court for the District of Massachusetts Rule 83.5.2(a):

> Dennis Ford Eagan, Esq.
> Finneran & Nicholson, P.C.
> 44 Merrimac Street
> Newburyport, MA 01950
> Telephone: (978)462-1514
> Facsimile: (978)465-2584
> E-Mail: cases@finnic.com

Respectfully submitted,
Finneran & Nicholson, P.C.

Dated: July 1, 2005

_____
Dennis Ford Eagan, Esq. (BBO# 652577)
Finneran & Nicholson, P.C.
44 Merrimac Street
Newburyport, MA 01950
Telephone: (978)462-1514
E-mail: cases@finnic.com

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 7/1/05 /s/ _____ and email transmission

F:\Cases\05-071\WithdrawalAppeal.DFE.NoticeApp.wpd

1