UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lawrence E. Cuddy, Jr.,<br>Plaintiff<br><br>v.<br><br>Danvers Savings Bank,<br>Defendant | )<br>)<br>)<br>)   **Bankruptcy Appeal**<br>)<br>)   Case No. 1:05-cv-10776-GAO<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Now comes Thoams G. Nicholson, of Finneran & Nicholson, P.C., the Appellant in the above-captioned Bankruptcy Appeal, and hereby provides notice that the undersigned attorney and law firm now appear in the above-captioned action Court pursuant to Local Rules of the United States District Court for the District of Massachusetts Rule 83.5.2(a):

> Thomas G. Nicholson, Esq.
> Finneran & Nicholson, P.C.
> 44 Merrimac Street
> Newburyport, MA 01950
> Telephone: (978)462-1514
> Facsimile: (978)465-2584
> E-Mail: cases@finnic.com

> Respectfully submitted,
> Finneran & Nicholson, P.C.
>
> _/s/ Thomas G. Nicholson_
> Thomas G. Nicholson, Esq. (BBO# 548472)
> Finneran & Nicholson, P.C.
> 44 Merrimac Street
> Newburyport, MA 01950
> Telephone: (978)462-1514
> E-mail: cases@finnic.com

Dated: July 1, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail, on 7/1/05 _/s/ Thomas G. Nicholson_
and email transmission

F:\Cases\05-071\WithdrawalAppeal.TGN.NoticeApp.wpd

1