UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lawrence E. Cuddy, Jr., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Danvers Savings Bank, )<br>Defendant. )<br>_____) | **Bankruptcy Appeal**<br><br>Case No. 1:05-cv-10776-GAO |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Thomas G. Nicholson, Esquire, hereby certify pursuant to Local Rules of the United States District Court for the District of Massachusetts Rule 7.1(A)(2), that on June 30, 2005, I conferred in good faith with Robert L. Marder, attorney for the Danvers Savings Bank via telephone, but I was unable to resolve the issues set forth in the Counsel's Emergency Motion for Stay of Proceedings Pending Appeal.

Respectfully submitted,
Finneran & Nicholson, P.C.

Dated: July 1, 2005

_/s/ Thomas H. Nicholson_
Thomas G. Nicholson, Esq. (BBO# 548472)
Donald H. Adler, Esq. (BBO# 012620)
Of Counsel
Finneran & Nicholson, P.C.
44 Merrimac Street
Newburyport, MA 01950
Telephone: (978)462-1514
Fax: (978)465-2584)465-2584

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 7/1/05
_/s/ Thomas H. Nicholson_
and email transmission

F:\Cases\05-071\WithdrawalAppeal.7.1b.Cert.DistCt.wpd

1